## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| MAYSAROH <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN ARAB COMMUNICATIONS & TRANSLATIONS CENTER, LLC, *et al.* <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CA No. 1:14cv00866 <br>)    (JCC/TRJ) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Parties jointly move to dismiss, with prejudice, all claims and Parties in this action, with each party to bear its own costs and attorneys fees.

SO ORDERED.

Dated:  December 16, 2014
Alexandria, Virginia

/s/
James C. Cacheris
United States District Judge

James C. Cacheris
United States District Court Judge for the
Eastern District of Virginia

COPIES TO ALL COUNSEL OF RECORD

By: _____

Carla D. Brown , VSB No. 44803
cbrown@cbcblaw.com
CHARLSON BREDEHOFT COHEN & BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808   Facsimile
*Co-Counsel for Plaintiff, Maysaroh*

Daniel A. Katz (admitted Pro Hac Vice)
dkatz@ggilbertlaw.com
Shannon C. Leary (admitted Pro Hac Vice)
Sleary-efile@ggilbertlaw.com
Law Offices of Gary M. Gilbert & Associates, P.C.
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone:  (301) 608-0880
Facsimile:  (301) 608-0881
*Co-Counsel for Plaintiff, Maysaroh*

Agatha Schmaedick Tan, (admitted Pro Hac Vice)
Agatha.tan@apalrc.org
Asian Pacific American Legal Resource Center
1012 14th Street, NW, Suite 450
Washington, D.C. 20005
Telephone:  (202) 706-7135
Facsimile:  (202) 315-0375
*Co-Counsel for Plaintiff, Maysaroh*

By: *Haig V. Kalbian /w/ express permission see attached email*

Haig V. Kalbian, VSB No. 32658
hkalbian@kalbianhagerty.com
Aaron W. Knights (admitted Pro Hac Vice)
aknights@kalbianhagerty.com
Stephen Craig Leckar (admitted Pro Hac Vice)
sleckar@kalbianhagerty.com
Kalbian Hagerty LLP
8888 17th Street NW, Suit 1000
Washington, D.C. 20006
Telephone:  (202) 223-5600
Facsimile:  (202) 223-6625
*Counsel for Defendants*

## Carla Brown

| | |
|---|---|
| **From:** | Kalbian, Haig V. [hkalbian@kalbianhagerty.com] |
| **Sent:** | Wednesday, December 10, 2014 2:56 PM |
| **To:** | Carla Brown; DKatz@GGilbertlaw.com; agatha.tan@apalrc.org |
| **Cc:** | Leckar, Stephen C. |
| **Subject:** | RE: Maysaroh |

Carla-

I authorize you to sign on my behalf.  Thank you.

Haig

**Haig V. Kalbian**
Kalbian Hagerty LLP
888 17th Street NW, Suite 1000, Washington, DC 20006
202-223-5600 p | 202-223-6625 f | hkalbian@kalbianhagerty.com